**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7484**

---

In Re: JAMAL A. AZEEZ,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CA-00-54)

---

Submitted:  April 10, 2003            Decided:  May 1, 2003

---

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Jamal A. Azeez, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Jamal A. Azeez petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2000) petition.  He seeks an order from this court directing the district court to act.  The district court has recently entered an order ruling on Azeez's pending motions, appointing counsel, and scheduling an evidentiary hearing on the issues raised in his § 2254 petition.  Accordingly, because the district court has recently taken significant action in Azeez's case, we deny the mandamus petition as moot.  We grant leave to proceed in forma pauperis.  We deny Azeez's motions for summary judgment by default and to submit evidence in support of the district court's alleged neglect. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2